UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF  INDIANA
INDIANAPOLIS  DIVISION

In re:                                              §
                                                    §
                                                    §
RONALD FRANK NELSON                                 §      Case No. 09-08248
BECKY DENISE NELSON                                 §
                                                    §
                                                    §
           Debtor(s)                                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   William J. Tucker, Trustee     , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 233,519.37<br>*(Without deducting any secured claims)* | Assets Exempt: 46,086.00 |
| Total Distributions to Claimants:  16,051.17 | Claims Discharged<br>Without Payment:  450,706.03 |
| Total Expenses of Administration:  33,176.23 | |

   3) Total gross receipts of $ 50,991.34  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,763.94  (see **Exhibit 2**), yielded net receipts of $ 49,227.40  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 233,852.79 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 33,176.23 | 33,418.36 | 33,176.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 30,965.32 | 30,965.32 | 16,051.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 194,070.05 | 153,059.46 | 153,059.46 | 0.00 |
| TOTAL DISBURSEMENTS | $ 427,922.84 | $ 217,201.01 | $ 217,443.14 | $ 49,227.40 |

4)  This case was originally filed under chapter 7 on  06/09/2009 .  The case was pending for 54 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2013  By: /s/William J. Tucker, Trustee
William J. Tucker, Trustee
Tucker, Hester, Baker & Krebs, LLC
One Indiana Square, Suite 1600
Indianapolis, IN  46204
Phone: (317) 833-3030
Fax: (317) 833-3031
Email: trustee@thbklaw.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Nelson Farms Partnership 3/48 interest in Nelson F | 1129-000 | 45,000.00 |
| 2008 TAX REFUND HELD IN TRUST | 1224-000 | 1,492.90 |
| 2009 TAX REFUNDS | 1224-000 | 3,496.00 |
| Life estate interest in farmland | 1249-000 | 1,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.44 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,991.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| C/O CHRIS SHELBY, ESQ. | Exemptions | 8100-002 | 1,763.94 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,763.94** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Auto Finance PO Box 42113 Providence, RI 02940 | | 11,449.95 | NA | NA | 0.00 |
| | Countrywide Home Loans PO Box 5170 Simi Valley, CA 93062 | | 126,515.80 | NA | NA | 0.00 |
| | Crown Park Resort Concord Servic ing PO Box 29352 Phoenix, AZ 85038 | | 5,100.00 | NA | NA | 0.00 |
| | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | | 22,408.00 | NA | NA | 0.00 |
| | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | | 22,408.00 | NA | NA | 0.00 |
| | GMAC Payment Processing Center PO Box 9001952 Louisville, KY  40290-1952 | | 6,746.06 | NA | NA | 0.00 |
| | HUNTINGTON NATIONAL BANK | | 39,224.98 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 233,852.79 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William J. Tucker | 2100-000 | NA | 5,672.74 | 5,914.87 | 5,672.74 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William J. Tucker | 2200-000 | NA | 242.13 | 242.13 | 242.13 |
| | 2600-000 | NA | 162.21 | 162.21 | 162.21 |
| 46 E. Ohio Street, Room 116 Indianapolis, IN 46204 | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| | 2820-000 | NA | 222.00 | 222.00 | 222.00 |
| 429 N. Pennsylvania St. #100 Indianapolis, IN 46204-1816 | 3110-000 | NA | 25,047.00 | 25,047.00 | 25,047.00 |
| 429 N. Pennsylvania St. #100 Indianapolis, IN 46204-1816 | 3120-000 | NA | 114.65 | 114.65 | 114.65 |
| 342 Massachusetts Avenue #200 Indianapolis, IN 46204 | 3410-000 | NA | 1,352.50 | 1,352.50 | 1,352.50 |
| 342 Massachusetts Avenue #200 Indianapolis, IN 46204 | 3420-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 33,176.23 | $ 33,418.36 | $ 33,176.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | INDIANA DEPARTMENT OF REVENUE | 5800-000 | NA | 9,315.80 | 9,315.80 | 4,828.93 |
| 16 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 21,649.52 | 21,649.52 | 11,222.24 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 30,965.32 | $ 30,965.32 | $ 16,051.17 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Trucking Co LLC PO Box 960 458 Gunter Ave Guntersville, AL  35976 | | 202.91 | NA | NA | 0.00 |
| | Anytime Fitness ABC Financial PO Box 6800 North Little Rock, AR  72124 | | 371.85 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 8,771.23 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Best Buy PO Box 5238 Carol Stream, IL  60197 |  | 1,597.50 | NA | NA | 0.00 |
|  | Best Buy Rewards PO Box 5222 Carol Stream, IL  60197 |  | 1,897.76 | NA | NA | 0.00 |
|  | First Equity PO Box 84075 Columbus, GA  31901 |  | 12,781.48 | NA | NA | 0.00 |
|  | Meguiars 17991 Mitchell South Irvine, CA  92614 |  | 11,376.00 | NA | NA | 0.00 |
|  | PEFCU PO Boc 1950 West Lafayette, IN 47996 |  | 9,854.06 | NA | NA | 0.00 |
|  | Show Car Products PO Box 86 Grant, AL |  | 808.65 | NA | NA | 0.00 |
|  | Witham Hospital PO Box 1200 Lebanon, IN 46052 |  | 1,218.19 | NA | NA | 0.00 |
| 3-1 | ADVANTA BANK CORP | 7100-000 | 11,465.33 | 12,299.88 | 12,299.88 | 0.00 |
| 5-1 | BONNIE LEUCK | 7100-000 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 12-1 | ELAN FINANCIAL SERVICES | 7100-000 | 9,575.08 | 10,164.32 | 10,164.32 | 0.00 |
| 14-1 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 19,302.55 | 19,886.43 | 19,886.43 | 0.00 |
| 7-1 | N. A. CHASE BANK USA | 7100-000 | 2,227.88 | 2,227.88 | 2,227.88 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-1 | N. A. CHASE BANK USA | 7100-000 | 517.13 | 699.70 | 699.70 | 0.00 |
| 13-1 | N. A. HSBC BANK NEVADA | 7100-000 | 6,456.72 | 6,504.64 | 6,504.64 | 0.00 |
| 6-1 | NELNET | 7100-000 | 19,784.65 | 20,361.49 | 20,361.49 | 0.00 |
| 8-1 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | 26,014.21 | 27,512.08 | 27,512.08 | 0.00 |
| 9-1 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | 2,059.49 | 2,023.36 | 2,023.36 | 0.00 |
| 1-1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 8,830.46 | 8,941.71 | 8,941.71 | 0.00 |
| 2-1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 11,696.72 | 12,027.48 | 12,027.48 | 0.00 |
| 10-1 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 2,309.76 | 2,296.88 | 2,296.88 | 0.00 |
| 11-1 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 228.44 | 297.19 | 297.19 | 0.00 |
| 17 | SALLIE MAE | 7200-000 | 21,722.00 | 24,816.42 | 24,816.42 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 194,070.05 | $ 153,059.46 | $ 153,059.46 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-08248 | JKC | Judge: | James K. Coachys | Trustee Name: | William J. Tucker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RONALD FRANK NELSON | | | | Date Filed (f) or Converted (c): | 06/09/2009 (f) |
| | BECKY DENISE NELSON | | | | 341(a) Meeting Date: | 07/27/2009 |
| For Period Ending: | 11/02/2013 | | | | Claims Bar Date: | 02/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. house on city located at 228 Sierra Drive, Lebanon | 161,200.00 | 0.00 | OA | 0.00 | FA |
| 2. pocket money in debtors possession | 15.00 | 0.00 | | 0.00 | FA |
| 3. Huntington National Bank checking #7428 | 100.00 | 18.16 | | 0.00 | FA |
| 4. Huntington National Bank #4697 | 100.00 | 0.00 | | 0.00 | FA |
| 5. National City, checking #1396 | 11.00 | 0.00 | | 0.00 | FA |
| 6. a few baseball cards | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. household goods yard tools, appliances | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Dreamsicle figurines | 200.00 | 0.00 | OA | 0.00 | FA |
| 9. a few old stamps | 75.00 | 0.00 | OA | 0.00 | FA |
| 10. adult wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 11. wedding rings costume jewelry | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 12. 1 /.12 ga browning shot gun; .20 ga browning shot | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 13. 2 Farm Bureau life policies | 7,141.37 | 0.00 | OA | 0.00 | FA |
| 14. Aflac gourp term life naming each other as benefic | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. one small policy with joint debtors employer (grou | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. 401(k) at joint debtor's employment | 22,000.00 | 0.00 | OA | 0.00 | FA |
| 17. 1 share of Aflac stock | 27.00 | 0.00 | OA | 0.00 | FA |
| 18. 100 shares Freedom Distributors Inc. Solely owned | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. Nelson Farms Partnership 3/48 interest in Nelson F | 45,000.00 | 45,000.00 | | 45,000.00 | FA |
| 20. Federal refund for 2008 $5,277 and state $1,848. | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. Only customer lists of Nelson Farms | 0.00 | 0.00 | OA | 0.00 | FA |
| 22. 2002 GMC 1500 pick up with 78,000 miles | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 23. 2006 chev express van 3500 cargo | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 24. 2006 chev express van 3500 cargo | 10,000.00 | 0.00 | OA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-08248 | JKC | Judge: | James K. Coachys | Trustee Name: | William J. Tucker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RONALD FRANK NELSON | | | | Date Filed (f) or Converted (c): | 06/09/2009 (f) |
| | BECKY DENISE NELSON | | | | 341(a) Meeting Date: | 07/27/2009 |
| For Period Ending: | 11/02/2013 | | | | Claims Bar Date: | 02/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. leased 2008 G-6 Pontiac no value listed | 0.00 | 0.00 | OA | 0.00 | FA |
| 26. inventory owned by Freedom Distributors Inc. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 27. 3 house cats and bassett hound (no papers) no valu | 0.00 | 0.00 | OA | 0.00 | FA |
| 28. accrued wages as of the date of fling in an amount | 0.00 | 0.00 | OA | 0.00 | FA |
| 29. hand tools woodworkng, saws etc. snow blower and l | 800.00 | 800.00 | OA | 0.00 | FA |
| 30. time share Gatlinburg, TN.  Debtors paid $5,400 | 7,250.00 | 0.00 | OA | 0.00 | FA |
| 31. 2009 TAX REFUNDS                (u) | 3,500.00 | 3,500.00 | | 3,496.00 | FA |
| 32. 2008 TAX REFUND HELD IN TRUST       (u) | 1,493.00 | 1,493.00 | | 1,492.90 | FA |
| 33. Life estate interest in farmland         (u) | 5,000.00 | 5,000.00 | | 1,000.00 | FA |
| INT.  Post-Petition Interest Deposits         (u) | Unknown | N/A | | 2.44 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $288,512.37    $56,811.16    $50,991.34    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to sell property filed.  Settlement reached for $45K.  Responses due 8/8/12.  Awaiting court approval of settlement.

RE PROP #    19    --    Settlement reached for $45K.  Awaiting court approval.

RE PROP #    31    --    Federal - $4,040 gross, pro-rata to estate is $1,770.96.
                              State - $228 gross, pro rata to estate is $99.95

RE PROP #    33    --    Interest identified in Quitclaim Deed recorded with Rush County Recorder on 4/19/99.

Initial Projected Date of Final Report (TFR): 06/30/2011        Current Projected Date of Final Report (TFR): 03/30/2013

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 09-08248 | Trustee Name: William J. Tucker, Trustee | |
| Case Name: RONALD FRANK NELSON | Bank Name: Associated Bank | |
| BECKY DENISE NELSON | Account Number/CD#: XXXXXX3607 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX2340 | Blanket Bond (per case limit): $47,073,645.00 | |
| For Period Ending: 11/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | $50,829.13 | | $50,829.13 |
| 10/19/12 | 100001 | NELSON, RONALD FRANK C/O CHRIS SHELBY, ESQ. | REFUND EXEMPT PORTION OF FUNDS RECEIVED. | 8100-002 | | $1,763.94 | $49,065.19 |
| 12/13/12 | 100002 | INDIANA DEPT. OF REVENUE | PAYMENT OF FIDUCIARY TAXES, PER ORDER OF 12/11/12 [DOC. #77]. | 2820-000 | | $222.00 | $48,843.19 |
| 12/27/12 | 100003 | FOUTS & CO., P.C. 342 Massachusetts Avenue #200Indianapolis, IN 46204 | ACCOUNTANT SERVICES PER ORDER OF 12/27/12 . | | | $1,422.50 | $47,420.69 |
| | | 342 Massachusetts Avenue #200Indianapolis, IN 46204 | ACCOUNTANT SERVICES      ($1,352.50) | 3410-000 | | | |
| | | 342 Massachusetts Avenue #200Indianapolis, IN 46204 | ACCOUNTANT SERVICES      ($70.00) | 3420-000 | | | |
| 12/27/12 | 100004 | TUCKER | HESTER, LLC 429 N. Pennsylvania St. #100Indianapolis, IN 46204-1816 | COUNSEL FOR TRUSTEE FEES PER ORDER OF 12/27/12. | | | $25,161.65 | $22,259.04 |
| | | 429 N. Pennsylvania St. #100Indianapolis, IN 46204-1816 | COUNSEL FOR TRUSTEE      ($25,047.00) FEES | 3110-000 | | | |
| | | 429 N. Pennsylvania St. #100Indianapolis, IN 46204-1816 | COUNSEL FOR TRUSTEE      ($114.65) FEES | 3120-000 | | | |
| 01/14/13 | 100005 | UNITED STATES BANKRUPTCY COURT 46 E. Ohio Street, Room 116Indianapolis, IN 46204 | ADVERSARY PROCEEDING FILING FEE ADV. NO.: 11-50376 | 2700-000 | | $293.00 | $21,966.04 |
| 02/28/13 | 100006 | TUCKER | HESTER, LLC 429 N. Pennsylvania St. #100Indianapolis, IN 46204-1816 | Chapter 7 Compensation/Expense | | | $5,914.87 | $16,051.17 |
| | | William J. Tucker | Chapter 7      ($5,672.74) Compensation/Expense | 2100-000 | | | |
| | | William J. Tucker | Chapter 7      ($242.13) Compensation/Expense | 2200-000 | | | |
| 02/28/13 | 100007 | INDIANA DEPARTMENT OF REVENUE 100 N. Senate Ave. Rm. N203-Bankrup Indianapolis, IN 46204 | Claim 000015, Payment 51.84% | 5800-000 | | $4,828.93 | $11,222.24 |

Page Subtotals:                                                                                      $50,829.13        $39,606.89

UST Form 101-7-TDR (5/1/2011) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-08248  
Case Name: RONALD FRANK NELSON  
BECKY DENISE NELSON  
Taxpayer ID No: XX-XXX2340  
For Period Ending: 11/02/2013  

Trustee Name: William J. Tucker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3607  
Checking Account  
Blanket Bond (per case limit): $47,073,645.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/13 | 100008 | INTERNAL REVENUE SERVICE<br><br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000016, Payment 51.84% | 5800-000 | | $11,222.24 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $50,829.13 | $50,829.13 |
| Less: Bank Transfers/CD's | $50,829.13 | $0.00 |
| Subtotal | $0.00 | $50,829.13 |
| Less: Payments to Debtors | $0.00 | $1,763.94 |
| Net | $0.00 | $49,065.19 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page Subtotals: $0.00  $11,222.24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-08248  
Case Name: RONALD FRANK NELSON  
BECKY DENISE NELSON  
Taxpayer ID No: XX-XXX2340  
For Period Ending: 11/02/2013  

Trustee Name: William J. Tucker, Trustee  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX8780  
Money Market Account  
Blanket Bond (per case limit): $47,073,645.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/10 | 31 | UNITED STATES TREASURY | Tax refund payment | 1224-000 | $3,496.00 | | $3,496.00 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.07 | | $3,496.07 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.16 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.25 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.34 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.43 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.08 | | $3,496.51 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.60 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.69 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.09 | | $3,496.78 |
| 02/24/11 | 33 | NELSON FARM 804 W. SOUTH DRIVE KNIGHTSTOWN IN 46148 | | 1249-000 | $582.00 | | $4,078.78 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,078.81 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,078.84 |
| 04/29/11 | 32 | CHRIS L. SHELBY, P.C. | Tax refund payment | 1224-000 | $1,492.90 | | $5,571.74 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $5,571.77 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,571.82 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,571.87 |

Page Subtotals: $5,571.87   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-08248  
Case Name: RONALD FRANK NELSON  
BECKY DENISE NELSON  
Taxpayer ID No: XX-XXX2340  
For Period Ending: 11/02/2013  

Trustee Name: William J. Tucker, Trustee  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX8780  
Money Market Account  
Blanket Bond (per case limit): $47,073,645.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,571.91 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,571.96 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,572.01 |
| 10/31/11 | INT | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.05 | | $5,572.06 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $7.10 | $5,564.96 |
| 11/30/11 | INT | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.05 | | $5,565.01 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $6.86 | $5,558.15 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,558.20 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $6.85 | $5,551.35 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,551.40 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $7.28 | $5,544.12 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,544.16 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $6.59 | $5,537.57 |
| 03/08/12 | 33 | NELSON FARM 804 W. SOUTH DRIVE KNIGHTSTOWN IN 46148 | | 1249-000 | $418.00 | | $5,955.57 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,955.62 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $7.12 | $5,948.50 |
| 04/30/12 | INT | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.05 | | $5,948.55 |

Page Subtotals: $418.48   $41.80

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-08248  
Case Name: RONALD FRANK NELSON  
BECKY DENISE NELSON  
Taxpayer ID No: XX-XXX2340  
For Period Ending: 11/02/2013  

Trustee Name: William J. Tucker, Trustee  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX8780  
Money Market Account  
Blanket Bond (per case limit): $47,073,645.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $7.56 | $5,940.99 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,941.04 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $7.55 | $5,933.49 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,933.54 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $7.05 | $5,926.49 |
| 07/13/12 | 19 | STEPHEN AND LINDA NELSON 804 W. SOUTH DRIVE KNIGHTSTOWN, IN 46148 | Settlement of Trustee's claim | 1129-000 | $45,000.00 | | $50,926.49 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.22 | | $50,926.71 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $33.59 | $50,893.12 |
| 08/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.43 | | $50,893.55 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $64.66 | $50,828.89 |
| 09/18/12 | INT | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.24 | | $50,829.13 |
| 09/18/12 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | $50,829.13 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,991.34 | $50,991.34 |
| Less: Bank Transfers/CD's | $0.00 | $50,829.13 |
| Subtotal | $50,991.34 | $162.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,991.34 | $162.21 |

Page Subtotals: $45,000.99    $50,949.54

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3607 - Checking Account | $0.00 | $49,065.19 | $0.00 |
| XXXXXX8780 - Money Market Account | $50,991.34 | $162.21 | $0.00 |
| | $50,991.34 | $49,227.40 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,991.34 |
| Total Gross Receipts: | $50,991.34 |

Page Subtotals: $0.00 $0.00